# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **SUNLAND FABRICATORS,** *doing business as Chicago Bridge & Iron Company* | § § § § § | **PLAINTIFF** |
| **v.** | § § § § | **Civil No. 1:19cv561-HSO-JCG** |
| **SHERWIN-WILLIAMS COMPANY** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard on Defendant Sherwin-Williams Company's Motion [13] to Dismiss. The Court, after a full review and consideration of the Motion [13], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 7th day of May, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE